Hon. Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ABDI ADAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER H. ORONA *et al.*,<br><br>    Defendants. | No. 2:18-cv-01171-RAJ<br><br>ORDER GRANTING JOINT STIPULATED MOTION FOR REMAND |

THIS MATTER having come before the Court upon the parties' Joint Stipulated Motion for Remand, and the Court having reviewed the pleadings, files and records herein, along with all exhibits, and deeming itself advised in the matter, it is now therefore ORDERED, ADJUDGED and DECREED that the parties' Joint Stipulated Motion (Dkt. #11) is GRANTED and directs the Clerk to remand this case to King County Superior Court.

DATED this 13th day of September, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT
STIPULATED MOTION FOR REMAND - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Ave, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

4817-5600-6258.1